IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY MAKOZY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 19-1090 |
| | ) | |
| MARTIN DIETZ, LAW OFFICE OF ROBERT O. LAMPL, DAVID FUCHS, ELSIE LAMPL, ROBERT LAMPL, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.

September 23, 2020

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record